UNSEALED 1/31/24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| JOSHUA LEWIS, | : Criminal Action No. 24-13 |
| Defendant. | : |



FILED
JAN 23 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

### (Bank Robbery)

On or about February 10, 2023, the defendant, **JOSHUA LEWIS**, in the District of Delaware, by intimidation did take from the person and presence of another a sum of money, namely $2,400.00 in United States Currency, belonging to and in the care, custody, control, management, and possession of the Artisans' Bank, located at 4901 Kirkwood Highway, Wilmington, Delaware 19808, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

### COUNT TWO

### (Bank Robbery)

On or about February 15, 2023, the defendant, **JOSHUA LEWIS**, in the District of Delaware, by intimidation did take from the person and presence of another a sum of money, namely $4,059.12 in United States Currency, belonging to

and in the care, custody, control, management, and possession of the Shore United Bank, located at 800 South Governors Avenue, Dover, Delaware 19904, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

### (Felon in Possession of Ammunition)

On or about March 9, 2023, the defendant, JOSHUA LEWIS, in the District of Delaware, knowing that he had been convicted in 2018 of a crime punishable by imprisonment for a term exceeding one year in the Kent County Superior Court in the State of Delaware, namely Robbery in the Second Degree in violation of Title 11, § 831(a)(2) of the Delaware Criminal Code, did knowingly possess in and affecting interstate commerce, ammunition, namely nine (9) Syntech .9mm FC luger rounds loaded into a black PMAG .9mm magazine; and one (1) box of .9mm FC Luger rounds.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

////

## NOTICE OF FORFEITURE

Upon conviction of the offenses in violation of 18 U.S.C. § 2113(a) and 18 U.S.C. § 922(g)(1) set forth in Counts One, Two, and Three of the Indictment, the defendant **JOSHUA LEWIS**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

A TRUE BILL:

FOREPERSON

DAVID C. WEISS
UNITED STATES ATTORNEY

By: *[signature]*

Eli H. Klein
Assistant United States Attorney

Dated: January 23, 2024

3