**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 24-CR-13 |
| | ) | |
| JOSHUA LEWIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorney's, David C. Weiss, United States Attorney for the District of Delaware, and Eli H. Klein, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be unsealed.

Respectfully submitted,

DAVID C. WEISS
United States Attorney

By:     /s/ Eli H. Klein
        Eli H. Klein
        Assistant United States Attorney

Dated: January 31, 2024

**AND NOW**, to wit, this __31____ day of __January_____, 2024, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until further notice by the government.

*Christopher J. Burke*
United States Magistrate Judge